UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER**, § | |
| § | |
| *Plaintiff*, § | |
| v. § | |
| § | EP-23-CV-00318-DCG |
| **MCA RESOLVE LLC; and** § | |
| **PAUL GRAFMAN,** § | |
| § | |
| *Defendants*. § | |

**ORDER DISMISSING CASE WITH PREJUDICE**

Plaintiff has filed a notice dismissing the above-captioned case with prejudice.[1]

The Court accordingly **DISMISSES** this case **WITH PREJUDICE**.

The Court **CLOSES** the case.

**So ORDERED and SIGNED this 6th day of November 2023.**

_____
DAVID C. GUADERRAMA
SENIOR U.S. DISTRICT JUDGE

---

[1] Notice, ECF No. 7; *see also* FED. R. CIV. P. 41(a)(1)(A)(i).